UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLITA BLANCO,

                Plaintiff,

-against-

THE NATIONAL SCIENCE FOUNDATION (DISCRETIONARY RESEARCH); HUD-COC; UNSOLICITED RESEARCH PARTNERSHIPS,

                Defendants.

25cv5436 (LTS)

CIVIL JUDGMENT

---

      For the reasons stated in the August 25, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  August 26, 2025
         New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge